# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

140719 & (56)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

WILLIE RICHARD POSEY,
      Defendant-Appellant.

SC: 140719
COA: 289820
Wayne CC: 08-000833-FC

_____/

      On order of the Court, the motion for miscellaneous relief is GRANTED. See MCR 7.301(A)(2); MCR 7.302(B). The application for leave to appeal the January 14, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010

_____
Clerk

0621